### CLAY v. MARMAR. (No. 17–2608.)

(Commission of Appeals of Texas, Section B. Dec. 21, 1918.)

APPEAL AND ERROR ⬩64—JURISDICTION—COURT OF CIVIL APPEALS.

On appeal from the judgment in an action to recover property of the value of $250 or its value, the judgment of the Court of Civil Appeals is final, and the Supreme Court cannot review the same on error.

Error to Court of Civil Appeals of Sixth Supreme Judicial District.

Action by K. Marmar against Mrs. T. J. Clay. From a judgment for plaintiff, defendant appealed, and, judgment being affirmed by the Court of Civil Appeals (156 S. W. 1125), defendant brings error. Writ dismissed.

Price & Beaird, of Tyler, for plaintiff in error.

Lasseter & McElwaine, of Tyler, and U. A. Gentry, of Hope, for defendant in error.

SADLER, J. This was a suit in county court by Marmar to recover property of the value of $250, or its value.

The judgment of the Court of Civil Appeals is final. 156 S. W. 1125. The Supreme Court is without jurisdiction. Cole v. State, 106 Tex. 472, 170 S. W. 1036.

The writ should be dismissed.

PHILLIPS, C. J. The recommendation of the Commission is adopted. The case is dismissed for want of jurisdiction.